IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA DEANNE SHAYNE,

    Petitioner,                    No. CIV S-04-1492 MCE DAD P

    vs.

DEBORAH JACQUES, et al.,

    Respondents.              ORDER

_____/

        Good cause appearing, Respondents' September 21, 2005 request for an enlargement of time is granted. Therefore, the answer to Petitioner's petition for writ of habeas corpus shall be filed no later than October 21, 2005.

        **IT IS SO ORDERED.**

DATED: September 22, 2005.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

/shay1492.111ans