IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA DEANNE SHAYNE,

    Petitioner,               No. CIV S-04-1492 MCE DAD P

    vs.

DEBORAH JACQUES, et al.,

    Respondents.          ORDER

                                /

        Good cause appearing, Respondents' October 20, 2005 second request for an enlargement of time is granted. Therefore, the answer to Petitioner's petition for writ of habeas corpus shall be filed no later than November 21, 2005.

        **IT IS SO ORDERED.**

DATED: October 24, 2005.

                                                              DALE A. DROZD
                                                              UNITED STATES MAGISTRATE JUDGE

/shay1492.111sec