IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA DEANNE SHAYNE,

    Petitioner,               No. CIV S-04-1492 MCE DAD P

    vs.

DEBORAH JACQUES, et al.,

    Respondents.           ORDER

_____/

    Respondents have filed a motion for reconsideration of the order filed July 21, 2005, denying respondents' motion to dismiss. IT IS HEREBY ORDERED that:

    1. Petitioner's opposition to respondents' motion for reconsideration shall be filed and served within thirty days from the date of this order; and

    2. Respondents' reply shall be filed and served within fifteen days after petitioner's opposition is served.

DATED: November 23, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
shay1492.mrecon