IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA DEANNE SHAYNE,

    Petitioner,        No. CIV S-04-1492 MCE DAD P

    vs.

DEBORAH JACQUES, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file opposition to respondents' November 21, 2005 motion for reconsideration. Good cause appearing, IT IS ORDERED that:

    1. Petitioner's December 22, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve opposition to respondents' motion for reconsideration; respondents' reply shall be filed and served within fifteen days after petitioner's opposition is served.

DATED: January 5, 2006.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
shay1492.111recon