IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DEANNE SHAYNE, | No. 2:04-cv-1492-MCE-DAD-P |
|     Petitioner, | |
|     v. | <u>ORDER</u> |
| DEBORAH JACQUES, et al., | |
|     Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed July 21, 2006, are adopted in full;

3  2. Respondents' November 21, 2005 motion for reconsideration is granted;

4  3. Upon reconsideration, respondents' October 13, 2004 motion to dismiss this action as

5  time-barred is granted; and

6  4. This action is dismissed with prejudice as barred by the statute of limitations.

7  DATED: August 24, 2006

*[signature]*

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE